CHET A. KRONENBERG (State Bar No. 222335)
ckronenberg@stblaw.com
DEBORAH L. STEIN (State Bar No. 224570)
dstein@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone:   (310) 407-7500
Facsimile:   (310) 407-7502

Attorneys for Defendant
THE PINNACLE FOODS GROUP, LLC

ALAN M. MANSFIELD (State Bar. No. 125998)
alan@clgca.com
THE CONSUMER LAW GROUP
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
Telephone:   (619) 308-5034
Facsimile:   (888) 341-5048

Attorney for Plaintiffs
JULIE MEAUNRIT and LANI FELIX LOZANO

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JULIE MEAUNRIT and LANI FELIX LOZANO, Individually and on Behalf of All Other Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE PINNACLE FOODS GROUP, LLC,<br><br>　　　　　　　Defendant. | Case No. CV 09-4555 CW<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>The Honorable Claudia Wilken<br><br>Date Action Filed:   September 28, 2009<br>Trial Date:            To Be Determined |

[Proposed] Order                                                                                                           Case No. CV 09-4555 CW

WHEREAS, on September 28, 2009, Plaintiffs Julie Meaunrit and Lani Felix Lozano filed their Complaint against Defendant The Pinnacle Foods Group, LLC ("Pinnacle");

WHEREAS, on October 8, 2009, Plaintiffs mailed Pinnacle's counsel (who agreed to accept service) the Summons, Complaint, and related documents;

WHEREAS, Pinnacle desires additional time to prepare its response to the Complaint;

WHEREAS, no previous request for an extension of time has been made in this action;

WHEREAS, the parties have agreed upon a briefing schedule in the event Pinnacle files a motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, as follows:

1. Pinnacle will answer, move to dismiss, or otherwise respond to the Complaint no later than November 18, 2009.

2. If Pinnacle moves to dismiss the Complaint, Pinnacle will notice its motion for January 7, 2010.

3. Plaintiffs will file opposition papers to any motion to dismiss no later than December 15, 2009.

4. Pinnacle will file reply papers in support of any motion to dismiss no later than December 23, 2009.

IT IS SO STIPULATED.

Dated: October 19, 2009

SIMPSON THACHER & BARTLETT LLP

By /s/ Chet A. Kronenberg
CHET A. KRONENBERG
Attorneys for Defendant
THE PINNACLE FOODS GROUP

[Proposed] Order                                                                 Case No. CV 09-4555 CW

| | | |
|---|---|---|
| 1 | Dated: October 19, 2009 | THE CONSUMER LAW GROUP |
| 2 | | |
| 3 | | By /s/ Alan M. Mansfield |
| 4 | | ALAN M. MANSFIELD<br>Attorneys for Plaintiffs |
| 5 | | JULIE MEAUNRIT and LANI FELIX LOZANO |

[Proposed] Order                                                              Case No. CV 09-4555 CW

**ORDER**

Pursuant to the above stipulation of Plaintiffs and Defendant, and finding good cause therefore, this Court orders that the deadline to answer or otherwise respond to Plaintiffs' Complaint be extended to November 18, 2009 and that the briefing schedule for any motion to dismiss be set as agreed upon by the parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED. **The motion to dismiss, if filed, will be decided on the papers.**

Dated: October 21, 2009

*[signature: Claudia Wilken]*

The Honorable Claudia Wilken
United States District Court Judge

I, Chet Kronenberg, am the ECF user whose ID and password are being used to file this Joint Stipulation Extending Time for Defendant to Respond to Complaint and Setting Briefing Schedule for Motion to Dismiss. I hereby attest that Plaintiffs' counsel, through Alan M. Mansfield, Esq., has concurred in this filing.

Dated:  October 19, 2009            SIMPSON THACHER & BARTLETT LLP

                                       By /s/ Chet A. Kronenberg
                                            CHET A. KRONENBERG
                                            Attorneys for Defendant
                                            THE PINNACLE FOODS GROUP