CHET A. KRONENBERG (State Bar No. 222335)
ckronenberg@stblaw.com
DEBORAH L. STEIN (State Bar No. 224570)
dstein@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502

Attorneys for Defendant
THE PINNACLE FOODS GROUP LLC

ALAN M. MANSFIELD (State Bar. No. 125998)
alan@clgca.com
THE CONSUMER LAW GROUP
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
Telephone:   (619) 308-5034
Facsimile:    (888) 341-5048

Attorney for Plaintiffs
JULIE MEAUNRIT and LANI FELIX LOZANO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JULIE MEAUNRIT and LANI FELIX LOZANO, Individually and on Behalf of All Other Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE PINNACLE FOODS GROUP, LLC,<br><br>　　　　　　　　　Defendant. | Case No. CV 09-4555 CW<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Claudia Wilken<br><br>Date Action Filed:　September 28, 2009<br>Trial Date:　　　　　To Be Determined |

[Proposed] Order                                              Case No. CV 09-4555 CW

WHEREAS, the Initial Case Management Conference in this case is currently scheduled for April 6, 2010;

WHEREAS, the parties have contacted the Court's clerk and were advised that an available date for an Initial Case Management Conference is May 11, 2010;

WHEREAS, the parties wish to continue the Initial Case Management Conference until May 11, 2010;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the Initial Case Management Conference currently set for April 6, 2010, be continued to May 11, 2010 at 2:00 p.m., with the Joint Report of the parties to be filed no later than May 4, 2010.

IT IS SO STIPULATED.

Dated: March 18, 2010                                SIMPSON THACHER & BARTLETT LLP


By /s/ Chet A. Kronenberg
    CHET A. KRONENBERG
    Attorneys for Defendant
    THE PINNACLE FOODS GROUP LLC


Dated: March 18, 2010                                THE CONSUMER LAW GROUP


By /s/ Alan M. Mansfield
    ALAN M. MANSFIELD
    Attorneys for Plaintiffs
    JULIE MEAUNRIT and LANI FELIX
    LOZANO

**ORDER**

Pursuant to the above stipulation of Plaintiffs and Defendant, and finding good cause therefor, this Court orders that the Initial Case Management Conference currently set for April 6, 2010 is hereby continued to May 11, 2010 at 2:00 p.m. The parties shall file their Initial Joint Case Management Report no later than May 4, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 25, 2010

_____
The Honorable Claudia Wilken
United States District Court Judge

1  I, Chet Kronenberg, am the ECF user whose ID and password are being used to file this Joint
2  Stipulation and [Proposed] Order Continuing Initial Case Management Conference.  I hereby
3  attest that Plaintiffs' counsel, through Alan M. Mansfield, Esq., has concurred in this filing.
4
5  Dated:  March 18, 2010                              SIMPSON THACHER & BARTLETT LLP
6
7                                                     By /s/ Chet A. Kronenberg
                                                          CHET A. KRONENBERG
8                                                         Attorneys for Defendant
                                                          THE PINNACLE FOODS GROUP
9

[Proposed] Order                                                        Case No. CV 09-4555 CW