IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MEAUNRIT and LANI FELIX LOZANO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE PINNACLE FOODS GROUP, LLC,<br><br>    Defendant.<br>_____/ | No. C 09-04555 CW<br><br>ORDER CLOSING CASE |

    On May 5, 2010, the Court dismissed Plaintiffs Julie Meaunrit and Lani Felix Lozano's complaint for lack of subject matter jurisdiction. Plaintiffs were granted leave to file an amended complaint within fourteen days of the date of that Order.

    Plaintiffs have not filed an amended complaint. Accordingly, the Clerk shall close the file.

    IT IS SO ORDERED.

Dated: May 27, 2010

                              CLAUDIA WILKEN
                              United States District Judge